

## NO. 04-14-00742-CR

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 MAR 16 AM 11: 42

Keith E. Hottle

In The Court Of Appeals For The
Fourth Supreme Judicial District Of Texas
San Antonio, Texas

ANDRES SOLIS VIELMA,

*Defendant-Appellant,*

vs.

THE STATE OF TEXAS,

*Plaintiff-Appellee.*

In The County Court Of Uvalde County, Texas
Cause No. 2013-09-12304-CR

## APPELLANT'S MOTION FOR *PRO SE* ACCESS TO THE APPELLATE RECORD

TO THE HONORABLE JUDGES OF THE FOURTH COURT OF APPEALS:

NOW COMES ANDRES SOLIS VIELMA, Appellant in the above-styled and numbered cause, and respectfully files this *Motion For Pro Se Access To The Appellate Record.* In support of this motion, Appellant shows this Court as follows.

## I.

Appellant's appointed counsel have filed a motion to withdraw, along with a and brief in support of the motion, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

## II.

The undersigned Appellant wishes to exercise his right to review the appellate record in preparing his *pro se* response to the *Anders* brief that court-appointed counsel have filed. The undersigned Appellant now moves this Court to provide him with free, *pro se* access to the appellate record, including the Clerk's Record and the Reporter's Record. *See Kelly v. State*, 436 S.W.3d 313, 318-19 (Tex.Crim.App. 2014).

## III.

The undersigned Appellant is presently incarcerated and lacks access to a computer. For that reason, Appellant respectfully requests that a paper copy of the appellate record be provided to him. Appellant also requests a 30-day extension of time from his receipt of the record to file his *pro se* brief.

## IV.

This motion is addressed to the Fourth Court of Appeals, Cadena-Reeves Justice Center, 300 Dolorosa Street, Suite 3200, San Antonio, Texas 78205. This

motion is delivered to the Fourth Court of Appeals by United States mail, on this the

_____11_____ day of _March_, 2015.

## PRAYER

FOR ALL OF THESE REASONS, Appellant Andres Solis Vielma respectfully prays that this Court will GRANT his *Motion For Pro Se Access To The Appellate Record.*

Respectfully submitted,

*Andres Vielma*

ANDRES SOLIS VIELMA
*Appellant Pro Se*

3





SAN ANTONIO PROC TX TP
FRI 13 MAR 2015 PM

# First Class Mail

**First Class Mail**





From:    Mr. Andrej Vielma
TDCJ No. 1964402
Garza West Unit
4250 Highway 202
Beeville, Texas 78102

TO:    Fourth Court of Appeals
Office of the Clerk
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037